# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2987 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | |
| | : | No. 72 DB 2021 |
| v. | : | |
| | : | |
| | : | Attorney Registration No. 2560 |
| JOSHUA M. BRISKIN, | : | |
| | : | |
| Respondent | : | (Bucks County) |

## ORDER

**PER CURIAM**

   **AND NOW**, this 4th day of August, 2023, upon consideration of the Report and Recommendations of the Disciplinary Board, Joshua M. Briskin is suspended from the Bar of this Commonwealth for a period of three years.  Respondent shall comply with the provisions of Pa.R.D.E. 217 and pay costs to the Disciplinary Board.  *See* Pa.R.D.E. 208(g).